■ REGIONAL GRAVEL PRODUCTS, INC., Respondent, v MARJORIE STANTON et al., Appellants. (Appeal No. 2.)—Order unanimously affirmed without costs. Same memorandum as in *Regional Gravel Prods. v Stanton* ([appeal No. 1], 135 AD2d 1079 [decided herewith]). (Appeal from order of Supreme Court, Ontario County, Reed, J.—resettlement.) Present—Dillon, P. J., Doerr, Green, Balio and Davis, JJ.